# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-10-00625-CV

**Khals Group, Inc., Appellant**

**v.**

**Chris Petropoulos, Appellee**

### FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-10-006339, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Khals Group, Inc. has filed an unopposed motion to dismiss this appeal.

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Appellant's Motion

Filed:   January 6, 2011